Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
F.040-1225

**The following constitutes
the order of the court. Signed March 02, 2010**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                   ) Bk. No. 09-60556
SYLVIA LOUISE ZAVALETA,                 )
                                        ) CHAPTER 7
         Debtor.                        )
                                        ) R.S. No. DRP – 678
                                        )
                                        ) ORDER FOR RELIEF FROM
                                        ) <u>AUTOMATIC STAY</u>
                                        )
                                        ) Hearing-
                                        ) Date : 2/17/10
                                        ) Time : 10:30 a.m.
                                        ) Place : U.S. Bankruptcy Court
                                        )          280 South First Street
_____   )          San Jose, California
                                        )          Courtroom 3099

The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on February 17, 2010 at 10:30 a.m., before the Honorable Roger L. Efremsky. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

-1-

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby terminated and extinguished as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **29165 Rio Verde Drive, Santa Nella, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof. |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby terminated and extinguished as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **29165 Rio Verde Drive, Santa Nella, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**

COURT SERVICE LIST

Sylvia Louise Zavaleta
P.O. Box 854
Hollister, CA 95024
Debtor

Frank X. Ruggier, Esquire
Price Law Group, APC
15760 Ventura Blvd, #1100
Encino, CA 91436
Attorney for Debtor

John W. Richardson
5161 Soquel Drive, #F
Soquel, CA 95073
Chapter 7 Trustee

U.S. Trustee
U.S. Federal Building
280 South First Street #268
San Jose, CA 95113-3004

Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364